HOLLAND & KNIGHT LLP
Warren E. Gluck, Esq.
Barbra R. Parlin, Esq.
Arthur E. Rosenberg, Esq.
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Email: warren.gluck@hklaw.com
       barbra.parlin@hklaw.com
       arthur.rosenberg@hklaw.com

*Counsel for the Liquidators of the Funds*

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                                     :   Chapter 15
                                                           :
PLATINUM PARTNERS VALUE                                    :   Case No. 16-_____ (___)
ARBITRAGE FUND L.P. (IN                                    :
PROVISIONAL LIQUIDATION), *et al.*,                        :   (Joint Administration Requested)
                                                           :
            Debtors in                                     :
            Foreign Proceedings.                           :
                                                           :
                                                           :
-----------------------------------------------------------x

**LIQUIDATORS NOTICE PURSUANT TO
FED. R. BANKR. P. 9017 AND FED. R. CIV. P. 44.1**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9017 and Federal Rule of Civil Procedure 44.1, Matthew James Wright and Christopher Barnett Kennedy, duly appointed joint provisional liquidators ("**Petitioners**" or "**Liquidators**") of Platinum Partners Value Arbitrage Fund L.P. (in Provisional Liquidation) ("**Master Fund**") and the duly appointed joint official liquidators of Platinum Partners Value Arbitrage Fund (International) Ltd. (in Official Liquidation) ("**International Fund**" and together with Master

Fund, the "**Funds**"), both Funds in liquidation by way of the Financial Services Division of the Grand Court of the Cayman Islands (the "**Grand Court**") (cause nos. FSD 131 of 2016 (AJJ) (Master Fund) and 118 of 2016 (AJJ) (International Fund)) as a result of the Grand Court's orders (the "**Liquidation Orders**") made pursuant to petitions for the winding up of the Funds under, as applicable, sections 92 and 104 of the Companies Law of the Cayman Islands (2016 Revision) (the "**Companies Law**") and section 36 of the Exempted Limited Partnership Law, 2014 (the "**ELP Law**") (collectively, the "**Cayman Liquidations**"), intend to raise issues pertaining to foreign law, specifically, the Companies Law, the ELP Law and related Cayman Islands insolvency law, in connection with their petition for entry of an Order pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"): (i) recognizing the Cayman Liquidations as foreign main proceedings, or in the alternative, foreign nonmain proceedings, and the Liquidators as the Funds' foreign representatives pursuant to sections 1509 and 1517 of the Bankruptcy Code; (ii) granting automatic relief pursuant to sections 1520 and 1521 of the Bankruptcy Code; (iii) granting other and additional relief pursuant to sections 1507, 1520 and 1521(a) of the Bankruptcy Code; and (iv) any other relief the court deems just and proper.

Dated: New York, New York
October 17, 2016

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Warren E. Gluck, Esq.
Barbra R. Parlin, Esq.
Arthur E. Rosenberg, Esq.
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Telefax: 212-385-9010

2

```
```
Email:  warren.gluck@hklaw.com
        barbra.parlin@hklaw.com
        arthur.rosenberg@hklaw.com

3

#48303369_v2